IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40117
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

JUAN PABLO CONTRERAS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-95-CR-175-1
- - - - - - - - - -

August 21, 1996
Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

      Juan Pablo Contreras has appealed his convictions for
conspiracy to possess with intent to distribute marijuana and for
possession of marijuana with intent to distribute.  Based upon a
careful review of the evidence, we hold that a rational juror
could have convicted Contreras of these crimes based upon the
evidence presented at the trial.  See United States v.

_____

      [*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

Rodriguez-Mireles, 896 F.2d 890, 893 (5th Cir. 1990).

AFFIRMED.